UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC - 2 2010

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

DANIEL RIVERA (2),

               Defendant.

CASE NO. 10CR4191-JAH

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of the Indictment.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 2, 2010

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE